# EXHIBIT F



Join now    Sign in

## Jon Purow's Post



**Jon Purow**
5d · Edited

New York State Office of Cannabis Management has released the first queue for retail and microbusinesses from the round that closed on November 17, check out the attachment and good luck to all in it!
I'm adding in some notes here as I've been getting a bunch of questions already-
-To be clear, this is THE lotto from the Nov 17 round. If you want to know where you placed in it look at the "revOrder" number on the righthand side. OCM has already started requesting deficiency corrections by a certain date from applicants high on this list. Per OCM's FAQs, if applicants don't show progress towards licensure within 20 biz days their proximity protection will be voided.
-Applicants that qualified for SEE AND extra priority appear 3 times in this list, so OCM implemented "extra priority" by giving folks more bites at the apple.
-The main question I'm understandably receiving is whether or not people lower in the list will receive licenses. In their FAQs, OCM said that they were going to hand out ~500-1000 retail and 220 microbusiness licenses in this round (and I believe that also includes licenses in the Dec 18 round). It is possible that OCM gave a range in the number of retail licenses to provide for the 436 CAURDs that were caught in the injunction at the time this round was announced. It is therefore possible that there could be as few as 570 retail licenses handed out between the November and December rounds. And let's not forget that OCM has announced that in April it wants to go back to the initial pool of 900 CAURD applicants and give out more licenses.
-The "revOrder" numbers skip over certain numbers, and my only thought at this point is that the missing numbers are CAURD applications that have been removed since the settlement (since OCM encouraged CAURDs to hedge by being in this round, and then after the fact asked CAURDs if they'd like to remain in the CAURD program or take their chances in the lotto round for some illogical reason). At the same time, I see some applicants that include the term "CAURD" in their name, so I'm guessing they were among the 900 initial CAURD applicants that hadn't been selected in the 436. So if you're looking at this list and wondering your chances, you'd have to take into account- 1) applicants that appear 3 times can only get 1 license, 2) if you're retail or micro you can disregard the applicants in the other class to some extent (though proximity restrictions could be an issue), 3) it's possible that there are CAURDs on this list that may end up dropping out and 4) it's possible that applicants higher on the list will not be able to proceed to opening for one reason or another.

#newyork #cannabis #retail #dispensary #microbusiness

36 · 4 Comments

Like         Comment         Share

**John Malone**                                                  5d
Attorney / Entrepreneur

Any idea if this is quasi the lottery result?  How many on here likely get a license?

Like ·   Reply

**Victor Jung**                                                  5d
Chairman and CEO @ V Global Holdings | Investor | Owner | Operator

Always the best secret decoder ring translator in the business. Glad those days at Stuyvesant kick started that talent 👽

Like ·   Reply

**James Adames**                                                 4d
Field Producer at Netflix

Thanks for sharing

Like ·   Reply

See more comments

To view or add a comment, **sign in**

# More Relevant Posts