UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

VALENCIA AG, LLC

                              Plaintiff,

v.

NEW YORK STATE
OFFICE OF CANNABIS MANAGEMENT;
CHRISTOPHER ALEXANDER, TREMAINE
WRIGHT; ADAM PERRY; JESSICA GARCIA;
JENNIFER JENKINS; HOPE KNIGHT;
AND DAMIAN FAGON,

                             Defendants.

Civil Action No.: 5:24-cv-00116-GTS-TWD

## DECLARATION OF ROBERT E. PURCELL IN SUPPORT OF PLAINTIFF'S MOTION FOR TEPORARY RESTRAIING ORDER AND PRELIMINARY INJUNCTION

I, Robert E. Purcell, hereby state, swear, and affirm under penalty of perjury:

1. I am an attorney licensed to practice law in New York State with offices at 211 W. Jefferson Street, Suite 24, Syracuse, New York 13202.

2. I am admitted to practice before the United States District Court for the Northern District of New York.

3. I am the attorney of record for Plaintiff, Valencia Ag, LLC, (hereinafter "Valencia") in connection with the instant civil action.

4. I assisted Valencia in connection with its application for obtaining a cannabis license as set forth in the Complaint [Dkt. 1]; I assisted Valencia in connection with its obtaining a lease as set forth in the Complaint [Dkt. 1]; and I have been monitoring many publications, some pubic video presentations, and other information pertinent to Valencia's application,

including many publications and some presentations of the Defendant New York State Office of Cannabis Management.

5. The factual representations set forth in paragraphs 1-9, 14-31, 34-35, 48, 55 of the Complaint [Dkt. 1] are truthful and accurate to the best of my knowledge and belief.

6. The factual representations set forth in the Section entitled "Detailed Description of Relevant Facts" of the Memorandum in Support of Plaintiff's Moton For Temporary Restraining Order and Preliminary Injunction (hereinafter "Memorandum") being filed concurrently herewith are truthful and accurate to the best of my knowledge and belief.

7. I personally participated in the activities of attempting to provide notice of this civil action and of actually serving process described in the section of the Memorandum entitled "The Injunction May be Granted as a TRO in the Event Defendants Have Not Yet Appeared." I can and hereby do certify that the factual recitations in that section are truthful and accurate.

I declare, verify, and certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Syracuse, New York on February 7, 2024.  _____
                                                                                      Robert E. Purcell

To:    Linda Baldwin, Esq.
        Linda.baldwin@ocm.ny.gov

        Matthew Gallagher
        Matthew.gallagher@ag.ny.gov

        Adam Perry, Esq.
        aperry@hudgsonruss.com