

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
SYRACUSE REGIONAL OFFICE

February 7, 2024

Hon. Glenn T. Suddaby  
United States District Court  
Northern District of New York  
James M. Hanley Federal Building  
100 S. Clinton St.  
Syracuse, New York 13261

      RE:    **Valencia AG, LLC v. New York State Office of Cannabis Management, et al.**  
                 Case No.: 5:24-CV-116 (GTS/TWD)

Dear Judge Suddaby:

      A few hours ago, Plaintiff filed a motion for a temporary restraining order and a preliminary injunction. (ECF No. 9). The undersigned immediately filed a Notice of Appearance for the New York State Office of Cannabis Management (ECF No. 10) and will be filing a Notice of Appearance for the remaining defendants in short order.

      Defendants oppose Plaintiff's motion for a temporary restraining order and will be filing a timely opposition to Plaintiff's motion for a preliminary injunction.

                                 Respectfully,

                                 _s/Aimee Cowan_____  
                                 Aimee Cowan  
                                 Assistant Attorney General  
                                 Bar Roll No. 516178

cc:    Robert E. Purcell, Esq. (*via CM/ECF*)

300 So. State St., Suite 300, Syracuse, NY 13202 • (315) 448-4800 • Fax (315) 448-4853*    *Not For Service of Papers

www.ag.ny.gov