UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

VALENCIA AG, LLC,

         *Plaintiff*,

 -against-           **ATTORNEY DECLARATION**
                    5:24-CV-116
                    (GTS/TWD)

NEW YORK STATE OFFICE OF CANNABIS
MANAGEMENT; CHRISTOPHER ALEXANDER;
TREMAINE WRIGHT; ADAM PERRY;
JESSICA GARCIA; JENNIFER JENKINS; HOPE KNIGHT;
and DAMIAN FAGON,

         *Defendants*.
_____

  Aimee Cowan, pursuant to § 1746 of Title 28 of the United States Code, declares the following to be true and correct under penalty of perjury under the laws of the United States of America:

  1.  I am an Assistant Attorney General for the State of New York and appear in this action on behalf of Defendants, New York State Office of Cannabis Management, Christopher Alexander, Tremaine Wright, Adam Perry, Jessica Garcia, Jennifer Jenkins, Hope Knight, and Damian Fagon (collectively, "Defendants"), in this action.

  2.  I make this Declaration in opposition to Plaintiff's request for a preliminary injunction, for the limited purpose of submitting documents to the Court that are referenced in the accompanying defendants' Memorandum of Law in Opposition.

  3.  Attached as **Exhibit "A"** is a true and accurate copy of a portion of the transcript from a New York State Assembly Debate, dated March 30, 2021.

  4.  Attached as **Exhibit "B"** is a true and accurate copy of the Declaration of Patrick

Mckeage, filed in support of defendants' opposition to plaintiff's application for a preliminary injunction in <u>In the Matter of the Application of Carmine Fiore, et al., v. New York State Cannabis Control Board, et al.</u>, Index No. 907282-23, Sup. Ct. Albany Co. (2023). Also attached to this exhibit is Doc. No. 48, which is referred to as Exhibit "M" in the declaration.

5. Attached as **Exhibit "C"** is a true and accurate copy of the Declaration of Jeremy Rivera, filed in support of defendants' opposition to plaintiff's application for a preliminary injunction in <u>In the Matter of the Application of Carmine Fiore, et al., v. New York State Cannabis Control Board, et al.</u>, Index No. 907282-23, Sup. Ct. Albany Co. (2023).

6. Attached as **Exhibit "D"** is a is a true and accurate copy of the Declaration of Coss Marte, filed in support of defendants' opposition to plaintiff's application for a preliminary injunction in <u>In the Matter of the Application of Carmine Fiore, et al., v. New York State Cannabis Control Board, et al.</u>, Index No. 907282-23, Sup. Ct. Albany Co. (2023).

7. Attached as **Exhibit "E"** is a true and accurate copy of a portion of a transcript from a Cannabis Control Meeting held on September 12, 2023. <u>See also</u>, <u>https://cannabis.ny.gov/system/files/documents/2023/09/ccb-transcript-9-12-2023.pdf</u>.

Dated: March 5, 2024                                             _____s/_____
       Syracuse, New York                                        Aimee Cowan, Esq.
                                                                 Assistant Attorney General