Good morning and welcome everyone. I'm Tremaine Wright, chair of the Cannabis Control Board and it's great to be here with everyone today. Recognizing that we have a majority of the board members present, I'm pleased to call

to order another meeting of the Cannabis Control Board and to welcome all of you who are participating in person or via livestream.

At this time I'd like to note that board member Gilbert Jenkins is participating from a public location at Sony Morrisville and additionally board member Adam Perry is joining remotely from a private location due to extraordinary circumstances.

As always, this meeting will be recorded and the transcript will be available to the public on the Office of Cannabis Management's website, Cannabis.ny.gov. Additional information on Cannabis Control Board meetings is also available on the site.

Today's agenda will include some brief remarks from myself. Then we'll move on to review and approval of the meeting minutes from the Cannabis Control Board meeting that was held on July 19th. Then we'll have consideration of revised adult use cannabis regulations, consideration of the adult use cannabis license applications,

consideration of the expanded registered organization application, consideration of the cannabis research license application, consideration of a cannabis laboratory testing permit, consideration of a

So what do we do? There's no answers that haven't been any.

So are we ever going to get a reason or rhyme, or does anybody know what's going to happen next?

It's still the same silence.

And there's my silence to you that we're still in silence. That's it.

[Applause] Thank you, Christine. Tess and Talichia, followed by Joseph Calderon.

Hi there. There we go. My name is Tess and Talichia.

I am AUCC number 34 of Grateful Valley Farm in Steuben County, and I'm a founder and board member of the Cannabis Farmers Alliance, Farm Bureau, and Canning number. I'm also a family nurse practitioner. I'm a daughter, a sister, a mother, and a healer, and I'm a farmer.

I wanted to thank you for giving me a chance to speak my piece today, but I wasn't going to, as I've just about given up.

I've given up on the vision that I've had since the 90s for what legal cannabis could look like here in New York State, and I've just about given up on the state to do the right thing. I bust my ass. Every single day, I'm fighting day and night for this plant. I'm fighting for the tens of thousands of patients I've treated to be able to have access to this amazing plant, this beautiful plant that's saving lives, and she saved mine. She's healing people every minute of every day. How can we allow greed to shatter? Something so perfect. How can we let the fate of New Yorkers be crushed in the hands of just a few bullies? New York. How about gritty New York City, the one city who loves or married Jane like none other? New York, which happens to be, by the way, the most linguistically diverse city in the world. Over 800 languages are spoken.

How can we celebrate the glorious diversity and be proud of this while we sit back and welcome a handful of out-of-state cannibals to destroy our economy before it's even had a chance to take off? How's that okay?

[applause] Doesn't sound like social equity to me. As a farmer, we were asked to grow cannabis for the state of New York, so we did. But you didn't deliver. No, you put up roadblock after roadblock after roadblock. I don't want to complain anymore. I'm tired. I'm really frickin' tired. Families are suffering. I'm close to losing my farm again.

I'm sitting on lots of beautiful organic cannabis that's been deemed by several people some of the best-known grown that they have seen and tasted. But it's rotting. We've lost millions of dollars. We have done everything right, and I can't even feed my children.

I sold my tractor to save the farm in January. It's now September. I have nothing left to sell, oh, except for the, you know, hundreds of thousands of dollars worth of cannabis rotting, turning into CBN.

It's great. So my last plea to those in power to please remember September's Suicide Awareness Month, which professions are the highest risk for this? The service-oriented professions. No surprise there, right? Doctors, veterans, farmers. I had to call personally for a police, for a wellness check on a fellow cultivator, and I believe Canny also had to do a suicide crisis intervention for another. This is no joke. We're in trouble. Please do the right thing. Give the farmers a fighting chance to survive, to save this plant, and to give New York something to be proud of. And I beg of you to stand up for what is right so you may sleep at night knowing you didn't need that CBN that oxidized in my damn barn.

Thank you.

[applause] Joseph, followed by Christopher Sherwin. Joseph Calderon, followed by Christopher Sherwin.

Wow, it's almost the exact height.