Okay. Thank you, Aja. And so with that, we will begin.

So with that, we will begin. Good morning and welcome everyone. I'm Tremaine Wright, chair of the Cannabis Control Board. It's great to be here with everyone today. And recognizing that we have a majority of the board present, I am pleased to call to order another meeting of the Cannabis Control Board and to welcome all of you who are participating in person and via live stream or real time stream.

I would like to note that board member Dr. Jennifer Gilbert Jenkins is participating from a publicly accessible location in Morrisville. Board member Perry is participating from a publicly accessible location in Buffalo. And board member Garcia is joining via live stream from a private location due to extraordinary circumstances.

Now I'll go over the agenda for today's meeting. Today's agenda includes brief opening remarks from myself, a review and approval of meeting minutes. I'm actually going to ask if we can remove that from today's agenda since the board may I'm sorry, since the members just received them. So I'm going to ask that we can strike that from today's agenda.

Consideration of the adult use conditional cultivator relocations, condition of registered organization dispensary relocations, consideration of registered organization dispensing and registered organization non dispensing applications, executive director's report and a public comment on the items considered during today's meeting and then we will adjourn.

As we approach the business of today, I want to take a moment to talk about the long awaited resolution of the lawsuits that halted our ability to process and issue licenses for the conditional adult use retail dispensary reprogram.

This settlement provides much needed relief to the hundreds of provisional licensees who until now have had to delay the launch of their operations. Their businesses may have been sidelined, but our CAURD licensees remain wholeheartedly committed to the endeavor.

Just this week, we have seen two dispensaries here in the capital regions announce their openings. Each dispensary is supported by the New York Cannabis Social Equity Investment Fund and demonstrates New York's commitment to fostering a diverse and inclusive adult use cannabis industry.

We remain dedicated to upholding a fair and transparent process that supports all business types and license types as we continue to grow New York's cannabis industry.

We share the enthusiasm and joy of our cannabis licensees as the market expands and grows.

Challenges remain, but we remain hopeful as we look to the coming weeks and months. We anticipate licensees announcements of their grand openings and we ask that you stay tuned to messages from the office for dispensary openings near you.

So now we'll move on to our first agenda item.

I've recently asked that we remove the minutes. So now we will move and that we postpone that. Until our next meeting, we will have had an opportunity to review both the November 17th and the November 27th minutes.

Therefore we'll move on to our first resolution for today. May I please have a motion to consider resolution number 2023-46. Consideration of adult use conditional cultivator relocations.

I have a motion. May I have a second?

Second. Thank you.

I'll now ask our Chief Equity Officer, Damian Fagon, to provide a brief overview of this resolution. Damian.

Thank you, Madam Chair.

I am filling in for Chris today who could not be with us. This resolution would allow the conditional cultivators to move locations in accordance with the cannabis law and our adult use regulations. Now that regulations are in place, these relocations require board approval. All relocation submissions have included all required documentation and the office is recommending approval. Thank you. I'm happy to answer any questions you may have.

Are there any questions from the board?

Just to make this clear, what exactly are they relocating? I know this says cultivator, but what exactly is being moved in these instances? In some cases, it's a drying facility. You may need to move a location. In other cases, it's actually the cultivation location itself that needed to move. Who is moving a cultivation?

The AUCCs before the office. They're listed right there.

All three are drying facilities. I'm sorry. Okay. Thank you. That's what I thought. Okay. I just wanted to make that clear.

All right. Are there any other questions or comments from the board?

Hearing none, I'll call for a vote. Dr. Gilbert Jenkins?

Aye.

Ms. Garcia?

Aye.

Mr. Perry?

Do we have audio from him? Do we have a motion? If he can just give us a thumbs up, then we'll be able to move from that. Okay. I did just see a motion.

Okay. Ms. Knight?

Aye.

And I vote on the affirmative as well. The motion to approve resolution number 2023-46, consideration of adult use conditional cultivator relocations, carries.

Our next order of business, for our next order of business, may I please have a motion to consider resolution number 2023-47 and resolution number 2023-48, consideration of registered organization dispensary relocations.

May I have a, sorry, may I have that motion?

I moved.

Thank you. May I have a second?

Second.

We have a motion and it's been properly seconded. Are there, okay. So let me just explain. If approved, these resolutions would allow both Fiorello Pharmaceuticals Incorporated and Sativa Medical LLC to open their fourth medical dispensing facilities. Fiorello currently has three facilities open in Monroe, New York, and Saratoga counties. They are seeking to open a fourth location in Nassau County. Sativa currently has dispensaries open in Dutchess, Richmond, and Kings County. They are seeking to open a fourth location in Tompkins County.

In accordance with section 113.7(h) of Title IX, Part 113, medical cannabis regulations, the board must consider whether to grant or deny an amendment to their registrations.

The office has reviewed all information required to open a new registered organization dispensing facility and is recommending approval by the board. Are there any questions, discussion, or comments by any board members?

I just have a quick clarification, but I'm not sure if it's a clarification here or a clarification on the next piece. These are the two that we were waiting for that didn't have their fourth locations, but we're still on the next piece. We're still only voting on the sixth, right?

Yes. So this does not change the resolution before us, the next resolution that will come before us.

These people are only looking for a fourth location. And so we will be amending, if we approve this, we will be amending the registration to allow that fourth location.

Okay. Thank you.

Any other question or comments?

Then I'm going to call for the vote.

I'm sorry, I should have said this earlier. I think just to be cautious about this, I'd like to recuse myself from this resolution as well as the subsequent one. Okay. Thank you.

Dr. Gilby Jenkins? Hold on.

Aye.

Mr. Perry?

Aye.

Thank you. Ms. Knight?

Aye.

And I vote on the affirmative as well. The motion to approve resolution number 2023-47 and resolution number 2023-48, consideration of registered organization dispensary locations carries.

Now next order of business and just so I don't know if everyone in the audience heard, but Member Garcia has recused herself from the last vote and she will also be recusing herself from this one.

May I please have a motion to consider resolution number 2023-49, consideration of registered organization dispensing and registered organization non-dispensing applications.

So moved. I have a motion. May I have a second?

Second. Thank you. I'll now ask Damian Fagon, our Chief Executive Equity Officer, to please provide an overview of the consideration of registered organization dispensing and registered organization non-dispensing application.

Thank you, Madam Chair. As you are well aware, the transition of registered organizations to be able to participate in the adult use market is spelled out in the cannabis law and our corresponding regulations. The registered organizations being considered today have submitted the required materials to transition including a community impact plan, medical patient prioritization plan, and an energy and environmental plan. The office has reviewed this information and determined it sufficiently meets the requirements in the regulations.

If approved, RO's who submit the required licensing fee will be able to begin co-locating adult use sales at a medical dispensary beginning on December 29th, 2023.

We are excited to have registered organizations enter the market while continuing to prioritize and expand offerings to medical patients in the state of New York. I'm happy to answer any additional questions you may have.
Thank you. And just to make it clear, we are there before I speak, I just want to ask, are there any questions or comments from board members?

So, we were given checklists that show that each of the organizations submitted information for each of the checkpoints, but we weren't given any information about that. So, I feel a little bit like I'm being asked to give a rubber stamp because I don't have any information to back this up on. I'm just saying, okay, I see a checklist and there's a checkbox next to each thing, but what types of things are these different organizations proposing for their community impact plans and what types of things are these organizations showing for their sustainability plans? I would just like a little bit more information.

Sure. I can start with the impact plan. John, you can kick to for environmental.

So, my team reviewed the impact plans. There were standards that we laid out in the adult use regulations that these plans had to meet. They had to be measurable. They had to demonstrate an actual financial commitment with a dollar amount, and they had to engage local community organizations. In every case, these organizations had already previously, in many cases, engaged with their local community, but they had to actually articulate which target populations in neighboring counties or neighboring communities they were going to seek to support and help, how much money and financial resources and human resources they were committing to that work, and then measurable goals over time that we could use to track progress, because, again, adherence to these community impact plans is a part of their renewal of their license. These plans demonstrated all of those characteristics. There was a dollar amount. There were measurable impact targets that they were focused on, and they actually spoke to much of what was in the social and economic equity plan and the MRTA. So, a lot of these organizations are going to be working with individuals and communities disproportionately impacted. Now that those communities have been identified as of a few months ago, there are a lot of registered organizations who have facilities, whether they be manufacturing or dispensing, that are neighboring those communities. And so, there's a lot of measurable goals outlined around

workforce development, hiring, education, training, and partnerships with local SUNY and CUNY schools.

Thank you, Damian. So, two additional pieces. On the medical patient prioritization plan, really one of the things we're looking to see is some assurance, some guarantee that even as they may be expanding their operations into an adult use market, that there's not going to be an instant or context where the patients would see more limited access, more limited access to products, or otherwise have the service that these registered...

John, I'm really sorry to interrupt you. Can you maybe switch to a different mic because I'm hearing every other word?

Thank you. Hopefully that's better.

As I was saying, and please let me know if you can hear me okay, the medical patient prioritization plan was really intended to ensure that medical patients would not see any kind of degradation in access or service, even as these organizations began to support the adult use market. We saw the organizations proposed doing that in a variety of ways, but I think a critical element here is ensuring that there would be sustained stocks of product that would be kind of available, dedicated, and would be reserved for the medical patients, even as they expanded their capacity to serve the adult use market. That was critical. On the environmental and sustainability side, these organizations had clearly spent time thinking about how to ensure that they're building kind of sustainable organizations as they grow. Everything from the sustainability of their packaging, hyper-recyclability, capturing kind of waste both in their organizations and capturing post-consumer waste, and in their production side, in the production facilities, an incredible degree of focus on energy and resource efficiency, which blinds kind of perfectly well with the environmental program that we're trying to build here. I think we are going to end up seeing as part of our broader environmental and sustainability initiatives here some of the most efficient organizations in the country.

Thank you.

Are the impact plans public?

Not currently, no.

Are there, so I guess I'm just going to make sure that we have a clear understanding. We are considering Columbia Care, which wants to open their first adult use space in Brooklyn, New York. Curaleaf wants to open in Newburgh, New York. Etain, LLC wants to open in White Plains, or rather they're going to co-locate, I should say, not open. NYCanna, LLC, Farmingdale, New York. PharmaCann of New York in Albany. So those are the locations where we are about to, where we're considering authorizing these entities to begin co-locations so that they can have adult use sales in those spaces. Okay.

I guess, John, if you can speak to the fact, we are also considering at this moment that these people have a commitment to putting 50% of their shelf space to non-RO products.

Have we seen any movement towards that or what's going on to meet that requirement?

So I know, and we have it on board authority, that the RO's have began engaging with adult use, conditional cultivators and adult use conditional processors to start establishing those business relationships, to start purchasing those contracts. Given that they haven't received approval yet, I think there's been hesitance to kind of go out and secure all of this product yet. But this is absolutely one of the things that is mission critical for the advancement of this. So there's clear understanding both on our producer side and amongst the RO's that that 50% threshold will be a requirement as we get through to them beginning the operations. And it's certainly something that we will be able to request and monitor over time.

And these folks are planning to open before year end, correct?

So they wouldn't be able to open before December 29th.

Sorry, yes, not to open before, but to open by December 29th to begin adult use sales, correct?

Yes, so I think most will be able to open by or shortly thereafter. We'll have exact dates and when, and we'll share with the board the exact dates once they haven't confirmed those to us. But the goal here was to ensure that we could get this approval done now so that they could go out, secure the products, make sure that the inventory loads were appropriately balanced before they opened.

Okay, thank you. It takes a few weeks just to kind of secure the amount of product that we think they're going to be selling through.

Are there any additional questions or comments?

Hearing none, I'm going to call for the vote. Dr. Gilbert Jenkins?

Aye.

Mr. Perry?

I abstain.

Ms. Knight?

Aye.

And I'll vote on the affirmative as well.

This motion to, the motion to approve the resolution number 2023-49, consideration of registered organization dispensing and registered organization non-dispensing applications carries.

We'll now go to our, to our chief equity officer for the executive director's report, Damian.

Thank you, Chair Wright.

As many of you are aware, the first application window for non-provisional adult use retail dispensary and micro business licenses closed on November 17th at 5pm. This is a critical milestone in the invite, advancement of legal cannabis in New York. Here's a brief overview of where we are in the process. Nearly 1500 retail dispensary applications with a location were received by the office, with 77% applying as social and economic equity and over 350 applications with a location for a micro business license were received by the office, with over 70% applying as social and economic equity, and approximately 15% as graduates of the Cannabis Compliance Training and Mentorship Program. This is a critical step forward for the state's first general adult use application window. While the team has yet to review these application submissions in detail, the over-representation of C applicants in comparison to other legal cannabis markets is a significant achievement. The rich diversity of applicants we received affirms that when a legal market establishes a licensing application system that is equal parts accessible and affordable and combines that with a deliberate and extensive public outreach campaign and comprehensive application support, representative and diverse pool of entrepreneurs can take advantage of real opportunities in this emerging market. As a result, we are well on our way to meeting the statutory goal of the MRTA of issuing 50% of adult use licenses to social and economic equity applicants. We are truly on the verge of establishing the most equitable, diverse, and representative legal cannabis market in the country, to the benefit of the state and adult use consumers alike. Just yesterday, OCM completed the randomized queuing process for the non-provisional retail and micro business applications in collaboration with the New York State Gaming Commission and KPMG, an auditing firm chosen to oversee the entire process. Randomized queuing will determine the order in which applications are reviewed. Each applicant was assigned a number that will determine the order in which their application will be reviewed using the Pick 4 lottery numbers as a seed for a random number generator. Over the next few weeks, the office will review the applicants in the order in which they were queued, reaching out to applicants to cure any deficiencies in their applications that may need to be addressed before they are considered for final licensure. And once the 30-day deficiency cure period for each licensee has ended, we will begin issuing licenses to the selected and qualifying businesses. We encourage all applicants to respond quickly to the office's outreach on deficiencies in order for us to process their applications efficiently. I'd like to recognize OCM's data and research team in particular for developing and implementing the randomization process with the guidance of OCM's social and economic equity team and policy team, which will ensure that all applicants have a fair chance of being chosen from the diverse pool of applications received.

Next, I will talk a little bit about the CAURD program and upcoming openings. As many of you know, the market reached a noteworthy milestone last week, litigation that obstructed the CAURD program since August was lifted by the New York State Supreme Court. This will enable the office to resume the review and processing of your post-selection applications, thereby facilitating the opening and commencement of sales at your retail dispensaries. Having concluded this legal challenge, we are very excited to resume the work of advancing the CAURD program. We feel honored to continue working with those who have been impacted most by cannabis prohibition to shape this new chapter in New York's cannabis history. Many of you are aware that dozens of CAURD licensees were on the verge of opening their doors prior to the injunction. On Monday, in accordance with the CAURD regulatory requirements, office staff began issuing final license certificates to those who had completed all licensing and compliance requirements, including on-site inspections. We have already issued half a dozen final licenses and have many more to go. Store openings are coming. Just yesterday, we saw the grand opening of two women-owned CAURD stores in Potsdam and Troy, welcome development for New York's adult consumers in those municipalities which now have their first adult-use stores. Following today's board meeting, many of us will head over to Central Ave to celebrate the grand opening of Albany's first adult-use retail dispensary. And by the end of the calendar year, the office anticipates bringing online over a dozen adult-use retailers in the significant consumer-heavy communities of Rochester, Mount Vernon, Brooklyn, Long Island, the Bronx, and the Upper East Side. I hope to attend as many as possible to celebrate all of these incredible and resilient entrepreneurs and their new community-based businesses.

As the new year approaches, the office will begin post-application review and scheduling on-site compliance inspections for CAURD licensees who have completed the necessary requirements and are ready to open their doors. Between the non-provisional adult-use applications and the CAURD licensees, we are quickly building a statewide market and to New York's consumers, we say legal cannabis will soon be coming to a city or town near you. I will now turn it over to John Kaguya, our Director of Policy for an update on the Cannabis Growers Showcase Program.

Thank you very much, Damian. We wanted to provide a brief update on the Cannabis Growers Showcase Program, which will be sunsetting as scheduled on January 1, 2024. We will provide a much more detailed program on the performance and outcomes of the CGS program at our next board meeting in about two weeks, but wanted to present some high-level metrics as we enter the last year. This program has been extraordinarily successful based on the goals that we had set out. We have now had 101 CGS applications, over 60 CGSs approved, 141 calendar days in which a CGS was taking place in the state. One of the things that we've been really delighted about is the number of licensees who have had an opportunity to participate in this program, 106 in total, 75 cultivators, 19 processors, and 12 CAURD licensees. There's an opportunity to showcase cannabis across the state. We've had a CGS take place in 43 cities and towns across New York, and we've now generated 5.02 million dollars, and that's just through the end of November. We're now at the end of November. We've had a CGS program in the state that we've had in the past. We've had a CGS program in the past that we've had in the past 5.02 million dollars, and that's just through the end of November. The numbers continue to rise and quickly, so we're expecting a very strong finish to the year.

The CGS program has accomplished several key objectives. The program provided much-needed relief to our producers, providing them with two key opportunities, a chance to sell products during the period when our retail program was enjoined, and an invaluable opportunity to connect with and educate consumers who are buying their products. CGS has also gave consumers a chance to discover legal cannabis in their communities, ceding awareness and interest in the products and brands that are building New York's legal supply chain. And critically, the CGS has gave us, thus as the office, invaluable insights into the regulatory considerations that will inform future events permits. We know there's intense interest in events permits, and we are working on developing those regulations as we speak. The CGS program has been invaluable in helping us better understand the types of events that our licensees might be interested in organizing, the key role that municipal governments can play in supporting and advancing safe, well-regulated cannabis events, and the application review, approval, and compliance confirmation protocols that would ensure that we're efficiently approving safe and legal, compliant events that significantly expand access to cannabis across the state. Based on the lessons learned from the CGS program and our policy priorities moving forward, we plan to release the regulations for cannabis events permits in the first half of 2024, thereby enabling cannabis companies to build a wide range of consumer experiences.

We would like to thank each and every cultivator, processor, retailer, municipality, and consumer who participated and supported the CGS program this year. Your contributions are precisely the reason why New York is building the world's most innovative and exciting cannabis industry, and we look forward to all that is to come. The CGS program may be sun setting on January 1st, 2024, but it has planted an invaluable seed that will go throughout the future of this program. And now, with injunction lifted, we look forward to getting many more stores open, expanding consumer access across the state, and delivering urgently needed relief to our growers and processors. That concludes the market update report. Back to you, Madam Chair.

Thank you. Are there any questions or comments from the board members?

I just want to say that with looking at all of the applications that we're getting, I remain concerned about the very small number of applications that we are considering granting, and I feel strongly that we need to increase those numbers.

Thank you. And I also wanted to, oh goodness, my question just escaped in my brain. I'll come back to it later. Any other comments, questions from board members? Okay. I guess now that we'll move on, thank you, Damian and John, for your presentations. And for our next order of business, we'll be providing members of the public with their opportunity to address the board. We currently have seven people signed up, so please make your way to the microphone when your name is called. I'm going to call the person that's going to speak, and then the person who will be following them. So if you could just line up there. Just as a reminder, we're not going to actually be answering any questions. We welcome your comments.

You have two minutes to speak on any agenda items, and also if you have submitted comments electronically, those will be captured in our meeting minutes for today's meeting and posted on

the website. So with that, let's begin our public comment with Paul Suits, followed by Paula Collins.

My name is Paul Suits. My brother Matt. We have developed an incredible dispensary in Cortland, New York, just a 90-second drive off of Interstate 81 called Lakehouse Cannabis. I'm not here to complain despite facing a prolonged license review process for almost two years and investing over a million dollars. We are maintaining a positive outlook, recognizing the crucial role of the Office of Cannabis Management in shaping the future of the cannabis industry in the state. I'm here to underline that we just need a license. Our team has worked tirelessly to build strong relationships with legal cannabis brands in the state and are eager to contribute positively to the community. All we need is a license. There's a steady stream of inquiries from community members, local elected officials, along with those seeking job opportunities, all eagerly awaiting our dispensaries opening. They all ask, "When will you be open?" We are confident our store will contribute to the local economy by generating tax revenue for Cortland, supporting vital public services and infrastructure. We just need a license to provide legal and regulated cannabis access, especially considering the absence of legal dispensaries in the region from Syracuse to Binghamton, creating what can be described as a "cannabis desert." We remain optimistic about the collaboration with OCM and envisioning a future where our dispensaries serves as a model for responsible cannabis business practices in New York State. We applied as a CAURD applicant, however our justice involved family member had his conviction dismissed. And even though we were a minor at the time, they were a minor at the time and they're arrested, did have consequences in their life, we were unable to move forward with that program. We know 50% of all license types will go to C applicants. Please don't leave folks like my brother and I out of New York Adult Use Cannabis Program. You continue to voice the need for additional retail operations in order to sustain the market. Even though we are not C applicants, we have a strong social equity plan. We just need a license. Thankfully to the strict measures taken by the Mayor, City Council, and Cortland Police have effectively prevented illicit stories from flourishing in Cortland, setting it apart from the other areas in New York State. Lakehouse cannabis can provide our region with a quality and safe experience to purchase quality and safe cannabis. We just need a license. I'd like to end with a quote from Chris Alexander. "The number one remedy for the problem of these illicit shops is getting more legal businesses open. New Yorkers want to know where their products are coming from and they want to know they can rely on safe, trusted, and locally grown cannabis when they walk into one of our legal dispensaries." We can help, but we need a license. Thank you for your time. Thank you.

Paula Collins followed by Zamea Lewis.

Thank you. I'm Paula Collins, a cannabis tax attorney. This is definitely an exciting time in New York cannabis and I'm very happy that I have some CAURD licensees who are moving towards opening and I'm here in Albany for the opening of Capital District Cannabis and Wellness today, a soft opening and a grand opening later this month. It's been a long haul. I fully support the license market, but as we move into this new phase of our regulated market, I want to caution us to not forget about constitutional rights when it comes to compliance and enforcement of

the unlicensed industry. Long-standing constitutional privileges like fourth amendment protections against search and seizure, fifth amendment due process, and eighth amendment protections against excessive fines still apply within the context of administrative law proceedings, even when applied against shop owners who are unlicensed or otherwise out of compliance. It would be tragic if New York enforcement agents acted unconstitutionally against a largely immigrant and first generation population of shop owner, many of whom by the way are justice involved, and even more tragic if these unconstitutional acts were justified by needing to uphold CAURD licensees, many of whom experienced deprivations of the same constitutional rights and due process in order to qualify for the license. We need to break this cycle of injustice surrounding the plant and I believe OCM is sincere in that commitment. But our New York industry is fragile. We remain vulnerable. There is a persistent message from OCM and from the media that the unlicensed market has held back the license market. There can be no doubt about it. The slow rollout was not caused by the unlicensed market, but by policy and misstep. Not a single CAURD licensee has been denied the privilege of opening because of an unlicensed shop, not a single one. We could capture the tax revenues and thus fund community programs while simultaneously opening much needed markets to our state's cannabis farmers simply by creating a pathway by which the currently licensed unlicensed shop owners have a time limited opportunity to...

Excuse me, Miss Collins, you're already over the two minutes.

Thank you.

You can submit it to us though in writing. Thank you.

Thank you. Zamea followed by Karen Williams.

Can you hear me? Okay. Hi. Good morning. I just want to thank you guys. It feels good to be in here with a different type of atmosphere where, you know, we see smiles on everyone's faces and we're moving forward and CAURD is able to continue. I'm not open yet, but I am hopeful that I will be open soon. So I just want to say thank you for your hard work and thank you for making it possible for me or us and CAURD and everyone to continue on with helping build this industry. So thank you.

Thank you. And Karen Williams followed by Tiffany Isom. Oh, you don't. Thank you.

Tiffany. Then we'll call Leanne Isom. I guess they're both gone. And Sam Spoon, our final speaker. Thank you.

All right. That was quick. Hi. I'm Sam Spoon with SGM Handicraft Cannabis Company. I applied for a micro business license and I'm very excited to have this opportunity. Cannabis has been a big part of my life. You know, I grew up with the guilt, shame, and stigma of cannabis use in my community. I come from a small community and to have the opportunity to come back and show how positive cannabis can be. You know, I'm a vice president on the board of the Thruway

Recovery Stop Incorporated in Herkimer, New York, which is I started the first cannabis recovery meeting for substance abuse disorders. And I'm very excited about that. And you know, coming from that market and or coming from the legacy growers and you know, in the early 2000s for me, that came with a lot of other issues being involved in the criminal activity. You know, and today to have this opportunity in New York to be a part of the community, be a pillar in the community, you know, grow with the community is very exciting. So thank you. Thank you very much.

That the end of our public's comment section. I do want to say thank you very much to everyone who comes out and speaks to us. It's really important that we hear from you gives us an opportunity to better understand all of the concerns and issues through your lens and your vision. So and it helps us to make changes and to address the concerns and work that we are that we are tasked with. So please note that the time location and a live stream link will be shared on cannabis dot n y dot gov in advance of our next cannabis control board meeting. A recording of today's meeting, the meeting minutes and a transcription will also be posted. That concludes our business for today. Matt, please have a motion to adjourn this meeting.

 May I have a second?

Second.

All right. So no hearing no questions or comments. I'm going to call for the vote. All in favor.

Aye.

The motion to adjourn this meeting carries. Thank you all for joining us today. We'll adjourn this meeting now. Thank you.