

# How to Obtain Proof of Address to Qualify as a Member of a Community Disproportionately Impacted

Applicants seeking to qualify for SEE status as an individual from a community disproportionately impacted (CDI) are required to submit the following:

- Proof of ownership and sole control by one or more individuals from a CDI who have an ownership interest in the business; and
- Proof of residence documentation demonstrating that you lived in a CDI as defined by the census tract, for at least:
    - Five years when you were below the age of 18, or
    - Seven years throughout your life

The five or seven years can be non-consecutive. Below is a list of documents applicants may submit to prove they are from a CDI.

*The OCM may accept other information proving address.*

## 1. Physical ID: Driver License, Non-Driver ID Card, Government-issued ID Card or Learner Permit

Copy of a Driver License, Non-Driver ID Card, Government-issued ID Card (e.g., IDNYC) or Learner Permit that has an address within a community disproportionately impacted.

## 2. DMV Address History/Lifetime Abstract

If you do not have a physical ID with the address on it, a copy of old addresses can be obtained online through the NYS DMV by requesting a lifetime address history. This document may only be obtained for the individual requesting it and cannot be obtained for another person.

For New York State residents, please visit the DMV website to make a request. There is a fee, and you will need a government-issued photo ID. Other states may have similar systems and processes.

## 3. State or federal tax filing, return, refund check, or other tax documentation

If you use popular online filing services to file your yearly state and/or federal taxes, you may be able to download past years' filings.  You can request federal tax information from the IRS for deceased relatives by filling out an IRS form and providing death certificates or court documents. Please visit this link for more information.

You may be able to access certain tax information online including a copy of your previously filed New York tax returns.  Visit Get a copy of my return for more information on how to create an Online Services account and obtain copies of



previously filed returns from the New York State Tax Department. Other states may have similar systems.

### 4. Document addressed to the individual by a local, state, or federal government

This document should be clearly marked by a government letterhead or seal.

### 5. Credit report from a nationwide credit bureau

Request a copy of your credit report from one of the three nationwide credit bureaus. In order to prove the address of an individual from a community disproportionately impacted, the report must show an address and the date when it was reported. Some credit bureaus may not include the "Date Reported" in your credit report. If you have requested a report from a bureau that does not include this information, you will need to request a report from another bureau. See this link for more information about how to request a credit report.

### 6. Utility bill(s) (gas, electric, water)

Contact the utility company to verify the person's address who lives/lived in a community disproportionately impacted. Let the utility company know you are trying to obtain proof of an old address since they were the company used at the time. They may be able to provide you with an old bill or letter proving residency. If you are calling to request another person's information, they may require you to provide proof of a relationship.

Here is a list of natural gas providers in the state of New York with their contact information. Other states may have similar lists to assist as well. Utility bills that are the responsibility of the landlord for property where the landlord did not reside may not be considered sufficient proof of address.

### 7. Bank or credit card statement

If the individual from a community disproportionately impacted has/had online banking at the time of residency and they currently utilize the same bank, they should be able to download a banking statement online. If they have switched banks or resided in a community disproportionately impacted prior to online banking, they may contact the relevant bank with a government-issued photo ID and request bank statements from the relevant time period. Please note that some banks do not keep records of some accounts after a certain amount of time.

### 8. Pay stub

Contact the employer at the time of residency and request a copy of the paystub with the mailing address on it. Please note that depending on the employer's

**NEW YORK STATE | Office of Cannabis Management**

policies, some employers may not allow you to request proof of another person's residency—only your own.

### 9. Statement, bill, or record from a health institution or insurance company

Contact your health institution or insurance company at the time of residency to request a statement, bill or record that proves residency for that time. Do the same thing if you are attempting to obtain these records for another person. Some health institutions or health insurance companies may not release this information to third parties. Each institution or company may be different. Please note that this record should be on official letterhead.

### 10. Certificate of Marriage Registration or Certificate of Divorce

Provide a copy of a marriage certificate or divorce judgment which occurred at the time of residency. To obtain a copy, please contact the court in which the marriage certificate or divorce paperwork was filed. The address must be listed on the certificate, and it must be on official letterhead for the state in which it was certified.

### 11. High School or College Transcripts

Provide a copy of high school or college transcripts. This document must be from an accredited school and on official letterhead.

### 12. Jury summons, court order, or other document from a court

The applicant may have had a jury summons, court order, or other documents from a court in the state of New York or a court in another state. To request a jury summons from New York State, contact the New York Commission of Jurors by visiting this [website](#) or emailing [nyjuror@nycourts.gov](mailto:nyjuror@nycourts.gov) to see if they have record of any jury summons. The Commission only maintains jury summons records for a certain amount of time. To request a court order in New York State, contact the court from which the court order was issued. To request these documents from the court of another state, please contact the court system in that state.

### 13. Lease agreement, mortgage payment, or property tax statement

Contact your landlord or mortgage company at the time residency and request a copy of your lease/mortgage agreement proving residency at that time. Please note that depending on the company or individual's policies, some companies may not allow you to request proof of another person's residency — only your own. For more information about how to obtain a property tax statement, please visit [this link.](#)

### 14. Letter from a public housing authority addressed to the individual

3



Contact the public housing authority where the individual from a community disproportionately impacted resided and request a letter proving residency at that time. Please note that this letter should be on official letterhead. This letter can be from a public housing authority in any state.

### 15. Letter addressed to the individual from a homeless shelter indicating the individual resided at the homeless shelter

Contact the homeless shelter where the member of a community disproportionately impacted resided and request a letter proving residency during that time.  Please note that this letter should be on official letterhead and must include a point of contact.

### 16. Letter addressed to the individual from a nonprofit organization or religious institution that provides services to homeless individuals

Contact the nonprofit organization or religious institution and request a letter that confirms a lack of permanent housing for the member of a community disproportionately impacted at the time residency. This nonprofit organization or religious institution must have provided services to the individual during this time period. Please note that the letter should be on official letterhead and must include a point of contact.

### 17. Letter from a domestic violence residential care program or organization that serves domestic violence survivors

Contact the domestic violence residential care program or organization and request a letter that confirms residency for the member of a community disproportionately impacted. The person from the community disproportionately impacted must have received support from this program or organization during this time period. Please note that the letter should be on official letterhead and must include a point of contact.

### 18. Letter from a charitable organization registered with a state or federal government agency that provided services to the individual in the ordinary course of operations

Contact the charitable organization that provided services to the member of a community disproportionately impacted and request a letter that proves residence during that time period. Please see this link to search through a list of registered charitable organizations with the state. Other states may have similar lists. Please ensure that the charitable organization in the state you are using to prove address is a registered organization with that state. Please see this link to search through a list of registered charitable organizations with the federal government. Please note that this letter should be on official letterhead and must include a point of contact.