

🌐 Translate ⌄

**Office of Cannabis Management (/)**



# Cannabis Compliance Training & Mentorship Program

**SECTIONS**

**Introduction (#introduction)**

**Eligibility (#eligibility)**

**Application Process**

# Introduction

Applications for the Cannabis Compliance Training and Mentorship Program (CCTM) are now closed. If you submitted an application by the deadline, 11:59 p.m. on November 3, 2022, your application will be evaluated and scored.  You will be notified by email if your submission was selected to move on to the next phase of the application process. Thank you for your patience while we evaluate all applications.

The inaugural Cannabis Compliance Training & Mentorship (CCTM) program will consist of a series of structured webinars covering a range

**(#application-process)**

**Applicant Security (#applicant-security)**

of topics on cannabis cultivation and processing, agribusiness management and regulatory compliance. The ten-week program is based on existing farmer apprenticeship and fellowship programs, with an explicit goal of growing and diversifying the pipeline of farmers and processors preparing to participate in New York's adult-use cannabis industry.

The program will be made available to people who are interested in cultivating or processing cannabis in a regulated market and who have advanced horticultural experience or advanced experience manufacturing, processing, packaging or branding products for human consumption. People from communities traditionally underrepresented in farming are encouraged to apply.

**The application window will be open from Thursday, October 20 through Thursday, November 3 at 11:59 PM.**

Service delivery and technical training will be supported by the State University of New York (SUNY), Cornell University, the Office of Cannabis Management (OCM), and holders of Adult-Use Conditional Cultivator (AUCC) and Adult-Use Conditional Processor (AUCP) licenses as part of the requirements of their license to assist in the creation of a pathway into the cannabis industry. Additional support will be provided by legal and accounting professionals with cannabis business expertise.

NEXT SECTION                                    Continue (#)  ↓

# Eligibility (#)
# Eligibility

Candidates for the Compliance Training & Mentorship Program must:

- Be at least 18 years old
- Have a valid, government issued photo ID
- Have advanced farming, cultivation or horticulture experience
- Have advanced experience with manufacturing, processing, packaging or branding products for human consumption.

Eligible prior horticulture or cultivation experience may include or be a combination of (but is not limited to) the following:

- Ownership, management of, or employment in a commercial farm business, urban farm or community-supported agricultural organization.
- Farming internship or apprenticeship.
- Participation in a farm training or farm incubator program.
- A two- or four-year degree in a relevant field of study (Agriculture, Horticulture, etc.)

Eligible prior processing and manufacturing experience may include or be a combination of (but is not limited to) the following:

- Ownership, management of, or employment in, a food and beverage processing establishment (20-C, 17-B, etc.).
- Ownership, management of, or employment in, a non-for-profit corporation with one or more G&C producers, food processing establishments or distributors.
- A two- or four-year degree in a relevant field of study

Applications will be considered on a variety of factors related to these work experiences and

how well the skills demonstrated therein translate to the adult-use cannabis industry.

NEXT SECTION                                          Continue (#) ↓

Application Process (#)
# Application Process

Every question on the CCTM application must be answered in its entirety. Incomplete applications will not be considered.

The three-step application will be anonymized to ensure confidentiality of applicants' identifying information and the objectivity of the evaluation process.

**Step 1:** Fill out and submit the "Initial Interest Form" herein. This form will ask for the personal background information of the applicant.

**Step 2:** Upon submission, the form will generate a randomly assigned unique identification number that will be emailed to the applicant along with a link to the written section of the CCTM application. Do not share this number with anyone as it will be used to connect the two submissions. **Please be aware that it will take up to <u>24 hours</u> for you to receive an email with your unique anonymizer number and the link to the application.  As applications close on November 3, applicants are strongly urged to submit their initial interest form no later than November 1.**

**Note:** Please ensure the accuracy of your identification number before submitting the written section as your application will NOT be eligible for review if your number is entered incorrectly.

**Step 3:** Following an evaluation of all CCTM submissions received within the aforementioned application window, qualifying applicants will be scheduled for brief, live, video conference interviews conducted by NYS Office of Cannabis Management and NYS Department of Labor (DOL) personnel.

NEXT SECTION                              Continue (#)  ↓

Applicant Security (#)
# Applicant Security

OCM and DOL application reviewers and interviewers will not be aware of the applicant's identity, nor will they be able to access any of the applicant's personal background information.

All identifying background information of the applicants will be secured and, upon completion of the review and selection process, will be destroyed.

Beyond ensuring the objectivity of the evaluation process, the intent of applicant anonymization is also to encourage all applicants to be transparent and detailed in sharing both their prior experience and their vision for the future of cannabis in New York State.

### Office of Cannabis Management

**GENERAL**

About

Careers

Contact Us

Document Search

Events

Laws & Regulations

Local Government

FOIL

Pressroom

Reports

## PROGRAMS

Adult Use

Cannabis Compliance Training & Mentorship Program

Cannabinoid Hemp

Communities Disproportionately Impacted

Medical Cannabis

Labs & Sampling Firms

Licensing

2023 Registered Organization Application

Registered Organizations

Research

Social and Economic Equity

Unserved & Underserved

## BOARDS

Cannabis Advisory Board

Cannabis Control Board

## HELP

Accessibility

Disclaimer

Language Access

Phishing Awareness

Privacy Policy

Case 5:24-cv-00116-GTS-TWD   Document 30-24   Filed 03/05/24   Page 7 of 8

Recalls

Report an Incident

## CONNECT WITH US

FACEBOOK

INSTAGRAM

LINKEDIN

TWITTER

YOUTUBE

## 🌐 Translation Services

This page is available in other languages

**English**

**Español**

**中文**

**繁體中文**

**Русский**

**יידיש**

**বাংলা**

**한국어**

**Kreyòl Ayisyen**

**Italiano**

**العربية**

**Polski**

**Français**

**اردو**

**Translate**