# OCM ANNOUNCES OPENING OF ADDITIONAL ADULT-USE CANNABIS DISPENSARIES ACROSS NEW YORK STATE

*First Dispensaries to Open in Astoria, Harlem, Lower East Side and Saranac Lake*

*New York Cannabis Industry Continues to Grow with Dispensary Openings & Opening of General Licensing Application Window*

**NEW YORK, NY –** Today, New York's Office of Cannabis Management (OCM) announced the opening of four new adult-use dispensaries across the state in Saranac Lake, Astoria (Queens), Harlem (Manhattan), and the Lower East Side (Manhattan), with a fifth, a delivery operation in Rome, also opening. The openings come on the heels of the State's opening of the non-conditional adult-use license application process which began on October 4.

The following dispensaries have just opened or are opening this week:

**Elevate ADK**
622 Lake Flower Avenue, Suite 7, Saranac Lake, New York 12983
Opened Friday, October 13, 2023

**Air City Cannabis**
Rome NY, (Delivery Only)
Opened Friday, October 13, 2023

**Terp Bros**
3610 Ditmars Boulevard, Astoria, New York 11105
Opens Tuesday, October 17, 2023

**Gotham Buds**
248 West 125th Street, New York, NY 10027
Opens Wednesday, October 18, 2023

**CONBUD**
85 Delancey Street, New York, NY 10002
Opens Thursday, October 19, 2023

"Today, we are proud to announce the openings of five brand-new adult-use dispensaries across New York State," **Chris Alexander, Executive Director of New York's Office of Cannabis Management**. "Creating a new cannabis industry centered around equity requires resiliency in

the face of adversity and we're grateful for the licensees' perseverance and commitment to launch their legal, licensed operations. We want to thank Governor Hochul for her continued support of our efforts to build the nation's most equitable cannabis industry. We're making remarkable strides toward providing New Yorkers with safe, tested cannabis products. New York is building something special, and these entrepreneurs represent the best of what our State has to offer."

Elevate ADK, previously operating as a cannabis delivery-only dispensary, was the first licensed business to make adult-use cannabis sales in the North Country and will be the first based out of Saranac Lake. Elevate ADK is owned and operated by Eli Emery. Before launching Elevate ADK, Emery worked in organic vegetable farming and worked at farmers markets around the North Country for years.

Terp Bros will be the first dispensary in Astoria, Queens and the second in the borough. It is owned and operated by Jeremy Rivera, who previously operated J&A Building Consultants, an authorized Occupational Safety and Health Administration (OSHA) and New York City's Department of Buildings (DOB) construction safety business. To commemorate their opening, Terp Bros will unveil a mural painted by Zeehan Wazed, a Queens-raised, world-renowned artist whose murals have been featured at Arthur Ashe Stadium during the US Open, on Diversity Plaza in Jackson Heights, and Under the Oculus at the World Trade Center.

Gotham Buds will be Harlem's first adult-use dispensary, opening on 125th street just down the street from the famous Apollo Theater. The New York State Cannabis Social Equity Investment Fund facilitated the build-out of the dispensary pursuant to funding authority established in the New York State FY 2023 Enacted Budget. Gotham Buds is owned by Jeffrey Lopez, Omar Tejeda, Gregory Gray, Brian Jones, and Malika Bellamy. Lopez previously owned and operated J.D.G. Mobile Car Wash in New York City.

CONBUD will be the first adult-use dispensary to open in the Lower East Side. CONBUD is owned and operated by Coss Marte, a Lower East Side native who also owns CONBODY, a world-renowned fitness method based on prison-style bodyweight workouts. CONBUD, similar to CONBODY, proudly hires formerly incarcerated individuals as staff.

Additionally, Air City Cannabis will soon open a cannabis delivery- only dispensary based in Rome, New York, bringing the total number of operational adult-use dispensaries to 27. Air City Cannabis is owned and operated by Courtney Forester, who owned and operated I-Candies, a fashion boutique & independent women's clothing store. For a comprehensive list of legal, licensed New York State adult-use cannabis dispensaries, head here.

All five businesses were licensed through New York's Conditional Adult-Use Retail Dispensary (CAURD) program. CAURD licenses are essential to the New York State Seeding Opportunity Initiative. Through the Seeding Opportunity Initiative, New York's first legal adult-use retail dispensaries are operated by those who were most impacted by the unjust enforcement of cannabis prohibition or by nonprofit organizations whose services include support for the formerly incarcerated. All adult-use licensed retail dispensaries exclusively sell cannabis products grown by farmers in New York State.

"From Saranac Lake to Astoria, New York's cannabis market is growing. It is wonderful to celebrate store openings across the State," said **Tremaine Wright, Chair of New York's Cannabis Control Board**. "The New York cannabis market is expanding and being led by entrepreneurs who imbue the values of the MRTA."

**Chris Webber, Cannabis Social Equity Investment Fund Principal said**, "We are grateful to Governor Hochul, and our partners in government and the private sector for their vision and unwavering commitment to establishing a safe, adult-use cannabis market. We are committed to creating opportunities and unlocking doors that have remained shut for far too long, and salute the owners, Jeffrey Lopez, Omar Tejeda, and Gregory Gray for their tireless work to build this business. We understand the profound significance of opening the first legal dispensary in Harlem, which will be a symbol of hope for communities that have shouldered the heavy burden of unjust drug policies for generations

**Eli Emery, Owner of Elevate ADK said**, "I'm so excited and grateful to be bringing the North Country's first licensed recreational dispensary to Saranac Lake. I look forward to everything we can do at Elevate ADK to offer safe access to a wide variety of New York State cannabis products. Being able to bring this plant and its many benefits to our area in this way is a lifelong dream come true."

**Jeremy Rivera Owner of Terp Bros said**, "It is a surreal feeling to finally begin providing this wonderful Astoria neighborhood with high-quality, regulated cannabis products. Just a few years ago I would have never imagined I would not only own a cannabis dispensary, but also have the opportunity to support my family and give back to my community through this business. While there were challenges and moments of uncertainty and stress, I am immensely grateful for my team. I want to thank our friends within the neighborhood and industry, along with the OCM, for their role in getting us to this important benchmark. This would not have been possible without their advocacy and support. New York's cannabis industry has yet to fully hit its stride but getting our doors open is certainly a step in the right direction. We look forward to playing a role in helping the market reach its full potential and ensuring that New Yorkers have access to safe and legal cannabis products."

**Jeffrey Lopes, Owner of Gotham Buds said**, "As Gotham Buds opens its doors, it feels like a dream evolved. This dispensary is more than business—it's the creation of our legacy in an industry where we're carving new paths. Being Black + Brown-owned, Woman-owned, and family- owned isn't just a label; it's our pulse. And as a partner and now sister to our founders and team, the pride I feel is overwhelming. Harlem isn't just our location—it's our community, our commitment. We're here to grow roots and become a pillar of dreams realized. It's all about passion, vision, and a purpose bigger than ourselves."

**Coss Marte, Owner of CONBUD said**, "As a New Yorker of color who spent years doing time for cannabis offenses, Thursday's CONBUD grand opening is a celebration of social and poetic justice. I am unbelievably grateful to OCM, New York City, and New York State for making good on their promise to create an equitable cannabis program, ensuring that businesses owned by New York drug war survivors form the bedrock of the State's industry. CONBUD stands as a symbol of hope and progress, showcasing a vision for a future where consumers and businesses

partner to reduce recidivism rates, rebuild lives, and create stronger, more inclusive communities. It's been one hell of a road to get here, but just like cannabis, we're here for good."

On October 4, in furtherance of OCM and the Cannabis Control Board's work to continue building an equitable and competitive cannabis market, New York State launched the largest expansion of the State's legal cannabis market to date with the opening of its first adult-use non-conditional application window. New York State will make hundreds of licenses available to individuals and businesses interested in legally growing, processing, distributing, and selling cannabis.

OCM will accept applications for review and will begin awarding licenses for cultivators, processors, distributors, microbusinesses, and retail dispensaries in early 2024. During this application window, currently operational Adult-Use Conditional Cultivators (AUCCs) and Conditional Processors (AUCPs) will also be able to apply to transition to full, non-conditional licenses. Entrepreneurs seeking to apply for licenses will be able to file their applications through the New York Business Express (NYBE) platform, accessible here.

For New Yorkers with questions about the application process, OCM encourages individuals to attend in-person and virtual "Roadmap to Adult-Use Tour" workshops across every region of the State to help potential adult-use cannabis licensees navigate the newly opened application portal. Attendees of the workshops will have the opportunity to engage with experts, ask questions, and get answers in real time about various pathways to participate in the legal adult-use cannabis market in New York State. Head here to learn more about the tour and how to attend.