**FOR IMMEDIATE RELEASE:**

Friday, December 8, 2023

**CONTACT:** Taylor Randi Lee/ TaylorRandi.Lee@ocm.ny.gov



# CANNABIS CONTROL BOARD VOTES ON KEY MEASURES TO STRENGTHEN MARKET INFRASTRUCTURE

*Group of Registered Organizations Approved Today to Participate in Both The Medical and Adult-Use Markets Have Demonstrated Commitment and Capacity to Serve Patients and Consumers Across the State*

*OCM Announces Winding Down of Cannabis Growers' Showcase as Regulators Look Ahead to New Dispensary Openings*

*Adult-Use Application To Close Monday, December, 18 AT 5pm EST.*

*Cannabis Regulators Welcome New Licensees to the Market, Bringing Statewide Total to 31 Open for Business as of December 8*

**NEW YORK, NY -** Today, the New York State Cannabis Control Board (CCB) took significant steps in shaping the state's cannabis industry infrastructure. During the meeting, they voted to adopt crucial resolutions and approved several key amendments and changes to the business addresses and operational locations of licensed cannabis entities in New York.

Additionally, as set out in the Cannabis Law, registered organizations (*ROs – the state's medical operators*) were on the agenda, seeking approval for registered organization adult-use cultivator, processor, distributor (ROND), or registered organization adult-use cultivator, processor, distributor retail dispensary (ROD) licenses.

The following ROs have completed the necessary requirements, including submitting a Medical Patient Prioritization Plan, Community Impact Plan, and Energy and Environmental Plan, as mandated by regulations. The CCB approved the following registered organizations to participate in the adult-use market:

- Columbia Care NY, LLC
- Curaleaf NY, LLC
- Etain, LLC
- NYCANNA, LLC
- PharmaCann of New York, LLC
- Valley Agriceuticals, LLC

These collective actions taken by the CCB, and the Office of Cannabis Management (OCM) are pivotal in fostering a robust and compliant cannabis industry in New York.

Furthermore, the Office emphasized the upcoming deadline for provisional applications, set for Monday, December 18 at 5:00 PM EST, and encourages those interested to apply soon. OCM is currently preparing to review applications and is gearing up to issue new AU licenses in 2024.

The OCM also announced that the Cannabis Growers' Showcase (CGS), a groundbreaking initiative, would be winding down before the end of the year as the Office looks ahead to new stores opening over the next few weeks and months. To date, the CGS program has remarkably contributed to New York's cannabis industry by generating over $4 million in sales. This significant achievement is part of the state's overall impressive performance in cannabis sales, which have soared to over $110 million in 2023 through dispensaries and showcases.

The CGS program facilitated collaboration between growers, conditional adult-use retailers, and processors, catalyzing the expansion of the state's cannabis market. This innovative model has brought substantial benefits to all stakeholders involved, ensuring the availability of legal cannabis access in areas without dispensaries and maintaining competitive prices for consumers.

During the meeting, the OCM also discussed how, since the Supreme Court lifted the CAURD injunction on December 1, they have been able to restart issuing licenses, increasing the total number of adult-use dispensaries open for business statewide to 31.

 "I am immensely proud of the strides we are making in developing an equitable, inclusive, and thriving cannabis industry in New York. Our recent actions, from approving changes to the operational locations of cannabis entities to endorsing registered organizations for licenses, are clear indications of our commitment to fairness and industry growth," **said Chris Alexander, Executive Director of the New York State Office of Cannabis Management.** "We are steadfast in ensuring that our cannabis market not only meets the highest standards of safety and sustainability but also reflects the diverse needs and values of all New Yorkers. Our enthusiasm extends to learning from the successes of the CGS program, and we are equally optimistic about the prospect of revisiting a temporary sales program in the future, continuing our journey towards a model cannabis industry."

"I am delighted to witness the progress we have made in advancing the cannabis industry within our state. The approval of Medical Cannabis Operators (registered organizations) to participate in both the medical and adult-use markets highlight's their commitment to serve patients and consumers across New York. Furthermore, as we prepare for new adult-use dispensary licensing, we look forward to store openings across the state," **said Tremaine Wright, Chair of the NYS Cannabis Control Board.** "Our enthusiasm and support for the CGS program remains strong, and we applaud the success of the program."

Earlier this week, OCM hosted a [virtual town hall](#) for Conditional Adult-Use Retail Dispensary (CAURD) Licensees. During the event, which was streamed via YouTube, LinkedIn, and X (formerly known as Twitter), participants heard directly from OCM Executive Director Chris Alexander, and Patrick McKeage, First Deputy Director, as they answered pre-submitted questions about what's next and what to expect for the CAURD program. During the 45-minute virtual event, Alexander also provided vital information about upcoming deadlines and guidelines as the Office prepares for the opening of several new dispensaries in coming weeks since the injunction was lifted.

###

*Follow us on our socials at @nys_cannabis*