

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

March 18, 2024

Hon. Therese Wiley Dancks
United States District Court
Northern District of New York
James M. Hanley Federal Building
100 S. Clinton St.
Syracuse, New York 13261

  RE: **Valencia AG, LLC v. Christopher Alexander, et al.**
    Case No.: 5:24-CV-116 (GTS/TWD)

Dear Judge Dancks:

  The deadline for Defendants' response to Plaintiff's Amended Complaint has been calendared for March 27, 2024. Defendants respectfully request a two-week extension to respond to Plaintiff's Amended Complaint, for a deadline of April 10, 2024. Plaintiff's counsel has graciously indicated they have no objection to this request.

                Respectfully,

                _s/Aimee Cowan_____
                Aimee Cowan
                Assistant Attorney General
                Bar Roll No. 516178

cc: David J. Hoffa, Esq. (*via CM/ECF*)
   Joshua P. Thompson, Esq. (*via CM/ECF*)
   Robert E. Purcell, Esq. (*via CM/ECF*)

300 So. State St., Suite 300, Syracuse, NY 13202 • (315) 448-4800 • Fax (315) 448-4853* *Not For Service of Papers

www.ag.ny.gov