

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

April 8, 2024

Hon. Therese Wiley Dancks
United States District Court
Northern District of New York
James M. Hanley Federal Building
100 S. Clinton St.
Syracuse, New York 13261

    RE:    **Valencia AG, LLC v. Christopher Alexander, et al.**
           Case No.: 5:24-CV-116 (GTS/TWD)

Dear Judge Dancks:

    The deadline for Defendants' response to Plaintiff's Amended Complaint has been calendared for April 10, 2024. This Court previously granted a two-week extension to file responsive pleadings. (ECF No. 37).

    However, Defendants recently experienced a slight setback with respect to an important member of the OAG team assigned to this case, who experienced a somewhat lengthy illness.

    Consequently, Defendants respectfully request a two-week extension to respond to Plaintiff's Amended Complaint, for a deadline of April 24, 2024. Plaintiff's counsel has graciously indicated they have no objection to this request and consent to the extension.

    Respectfully,

    _s/Aimee Cowan_____
    Aimee Cowan
    Assistant Attorney General

Bar Roll No. 516178

cc: David J. Hoffa, Esq. (*via CM/ECF*)
Joshua P. Thompson, Esq. (*via CM/ECF*)
Robert E. Purcell, Esq. (*via CM/ECF*)